UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

RYAN McDONELL,

    Plaintiff,

v.

CATERING BY MARLIN'S, INC.,
d/b/a "CBM FOOD SERVICE,"
TRICIA GANNON, ROBERT HICKS,
SHERIFF EDWARD OSWALD, and
THE COUNTY OF DELTA, MICHIGAN,

    Defendants.
_____/

Case No. 2:17-CV-78

HON. GORDON J. QUIST

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, the entry of a final judgment, and all post-judgment proceedings. The consent is outlined in the Joint Status Report (ECF No. 19). An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court. Therefore,

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Timothy P. Greeley, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Dated: August 21, 2017

                    /s/ Gordon J. Quist
                    GORDON J. QUIST
                    UNITED STATES DISTRICT JUDGE